# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JORGE ALBERTO BUCIO-FERNANDEZ** | : | |
| Petitioner, | : | |
| | : | No. 1:17-CV-00195 |
| v. | : | |
| | : | (Judge Kane) |
| **MARY SABOL, WARDEN OF YORK COUNTY PRISON, et al.,** | : | |
| Respondents | : | |

## ORDER

**AND NOW**, this 16th day of June 2017, in accordance with the accompanying Memorandum, **IT IS ORDERED THAT** Petitioner Jorge Alberto Bucio-Fernandez's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. No. 1), is **DENIED.** The Clerk of Court is directed to **CLOSE** this case.

                                                  s/Yvette Kane
                                                  Yvette Kane, District Judge
                                                  United States District Court
                                                  Middle District of Pennsylvania